IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**AFFIDAVIT IN SUPPORT OF A COMPLAINT AND AN ARREST WARRANT**

I, Special Agent John Quaka, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been since April of 1995. I am currently assigned to the Jackson Division, Oxford, Mississippi Resident Agency. During this time, I have received extensive training and experience in the investigation of various federal crimes, to include matters related to civil rights. This affidavit is intended to show there is sufficient probable cause for the requested complaint and does not set forth all my knowledge about this matter.

2. In June of 2020, the FBI initiated a civil rights investigation of Booneville, Mississippi Police Department (BPD) Officer Dustin Rambo. The initial information was provided by BPD Investigator James Page. This information indicated Rambo was stealing money from those he encountered on official duty as a BPD Officer. This information also indicated Rambo was engaged in sexual activity while on official duty as a BPD Officer.

3. Booneville, Prentiss County, Mississippi is located in the United States District Court of the Northern District of Mississippi.

4. On October 9, 2020, ████████ completed a statement of facts with the BPD. She advised on August 13, 2020, she was sexually assaulted by Rambo while he was on duty as a BPD Officer.

5. FBI SA Quaka interviewed ████ in 2016 and 2017 on a separate federal civil rights investigation. At that time, SA Quaka found ████ to be truthful and credible.

6. On October 28, 2020, and November 13, 2020, ████ was interviewed by FBI SA Quaka. On August 13, 2020, at approximately 10:00 PM, ████ departed the Super 8 Motel on foot. She had just left the motel room occupied by ████████. As she walked across the motel parking lot, she was approached by BPD Officer Rambo. Rambo confiscated a marijuana joint from her and threw it to the ground. ████ told Rambo she had just departed ████'s motel room. He instructed her to enter the front passenger seat of his BPD patrol vehicle. Even though Rambo did not place restraints on her, she believed she was under arrest. Rambo instructed her to climb into the patrol vehicle's back seat and lay down so she could not be seen. ████ obeyed his command.

1

7. Rambo drove to a warehouse parking lot in Booneville, Mississippi and stopped the vehicle. Rambo removed his police equipment and uniform. The only clothing that remained was his boxer underwear. ▆▆▆ feared he was going to rape her. Rambo exited the patrol vehicle. With both hands, Rambo grabbed ▆▆▆'s left arm and jerked her out of the vehicle to the ground. If ▆▆▆ had not used both her hands to stop her fall, her body would have hit the ground. ▆▆▆ described this action as forceful, violent, and painful. ▆▆▆ received a bruise on her upper left arm due to this event.

8. Rambo pushed ▆▆▆ up against the patrol vehicle rear door. With his hand, he took control of her at the base of her skull. This grasp did not allow her to move her head and neck at all. ▆▆▆ described this action as forceful, violent, and painful.

9. Rambo attempted to pull ▆▆▆'s pants down from her waist. When he was unsuccessful, he grabbed her vagina through her pants. ▆▆▆ described this action as forceful, violent, and painful. This action caused a bleeding abrasion on the exterior of her vagina.

10. Rambo forcefully took control of ▆▆▆'s hand and utilized it to stroke his erect penis until he ejaculated. ▆▆▆ told Rambo she was going to report this event. He stated no one would believe her over him.

11. A review of Rambo's body camera did not have any record of his encounter with ▆▆▆ on the evening of August 13, 2020 even though the BPD has a policy to utilize body cameras with all civilian interactions. A review of the August 13, 2020 and August 14, 2020 BPD radio log revealed there was no documentation of Rambo's encounter with ▆▆▆, but there was documentation of Rambo's arrest of ▆▆▆ at the Super 8 Motel. A review of Rambo's body camera on August 14, 2020 did capture the arrest of ▆▆▆

12. On January 29, 2021, Rambo was interviewed by FBI SA John Quaka. Rambo denied any sexual activity between he and ▆▆▆. However, he admitted he encountered ▆▆▆ at the Super 8 Motel on the night of August 13, 2020 and he provided transportation to ▆▆▆ in his BPD patrol vehicle on two occasions that night.

13. On January 29, 2020, BPD Officer Jordan Mann was interviewed by FBI SA Quaka. Mann stated the BPD is not in the business of providing transportation for citizens, however there are exceptions. If an exception is to be used, it should be noted in the BPD radio log.

14. On December 3, 2020, FBI SA Quaka interviewed ▆▆▆ On May 10, 2020, ▆▆▆ sold ninety Subutex prescription pills to an unknown female for $1150. That same day, ▆▆▆ and his girlfriend, ▆▆▆, travelled to the Wal-Mart in Booneville, Mississippi to purchase household items. While ▆▆▆ and ▆▆▆ were standing in the checkout line, ▆▆▆ realized he left his food stamp card in his vehicle in the parking lot. Wanting to use the

2

food stamp card to assist with the purchases, he left his wallet with ▓▓▓ in the checkout line and departed the store for the parking lot. As he approached his vehicle, he was met by three BPD Officers to include Rambo and Jordan Mann. When ▓▓▓ explained the situation to the officers, they escorted him into the store and allowed him to pay for the items. After his purchases, $850 remained in his wallet and $27 in his pants pocket. ▓▓▓, ▓▓▓, and the officers exited the store and returned to ▓▓▓ vehicle. An officer placed ▓▓▓'s wallet on the hood of his vehicle. ▓▓▓ wallet was searched, and methamphetamine was found in his possession and ▓▓▓ was arrested. Rambo was the last officer to have handled ▓▓▓'s wallet. ▓▓▓ found the wallet on the floorboard of the front passenger seat of the vehicle. The wallet did not contain any money. When ▓▓▓ was released from the Prentiss County Jail a few days later, he reported the theft of his money to the BPD. Soon thereafter, Rambo told ▓▓▓ he had returned the money and wallet directly to her. A review of Rambo's body camera revealed he did not provide the wallet to ▓▓▓ but placed it on the front passenger seat when she was distracted placing groceries in ▓▓▓'s vehicle.

15. On December 18, 2020, ▓▓▓ was interviewed by FBI SA John Quaka. In early December of 2020, ▓▓▓ was arrested by BPD Officer Rambo at the residence of ▓▓▓ ▓▓▓ in Booneville, Mississippi. Rambo took possession of her wallet and cellular telephone. At the time of her arrest, her wallet contained two $20 dollar bills and a couple of $1 dollar bills. Two days later, when she was released from the Prentiss County Jail, her wallet was returned to her by a BPD Investigator. The wallet did not contain any money. Also missing were her Renasant Bank card, Social Security Administration card, and approximately twenty legally prescribed Valium pills. A review of Rambo's body camera revealed his jacket covered the camera lens and prevented the capture of any visual images.

16. On June 1, 2020, ▓▓▓ was arrested by BPD officers at the Super 8 Motel in Booneville, Mississippi. A few days later, ▓▓▓ told BPD Chief Michael Ramey that BPD Officer Rambo stole money from him during his arrest. FBI SA Quaka attempted to interview ▓▓▓ on multiple occasions, but he is unwilling to cooperate.

17. A review of Rambo's body camera of the June 1, 2020 arrest of ▓▓▓ revealed Rambo searched a backpack in the left back seat of ▓▓▓'s vehicle. When Rambo opened the small front pocket of the backpack, his body camera captured the image of what appeared to be a large amount of cash. Rambo immediately closed the pocket and did not continue to search the unsearched pockets of the backpack. Rambo moved the backpack to the left front seat. When he placed the backpack in the front seat, the open left rear door blocked the view of the officers positioned behind the vehicle. Rambo opened the large pocket of the backpack and turned his body and camera to his right, away from the backpack.

3

18. A few minutes later, BPD Officer Jordan Mann searched the backpack in the left front seat. When Mann opened the small front pocket of the backpack, his body camera captured the image of an empty pocket.

19. On January 29, 2020, BPD Officer Mann was interviewed by FBI SA Quaka. Mann recalled the June 1, 2020 arrest of ▇▇▇. Mann did not specifically recall the details of the event but advised if he had found money in the backpack, he would have removed it and counted it. Because his body camera did not reveal he removed anything from the small front pocket of the backpack, there was no money in the pocket.

20. On January 26, 2021, ▇▇▇▇▇▇ was arrested by BPD officers at the Wal-Mart in Booneville, Mississippi. A review of Rambo's body camera revealed he searched ▇▇▇ wallet during the arrest. ▇▇▇ wallet contained money in the cash pocket of the wallet and a single $100 dollar bill in the credit card slot. Prior to returning the wallet to ▇▇▇, Rambo removed the $100 dollar bill with his left hand. A review of the Wal-Mart surveillance video revealed Rambo placed his left hand in his front left jacket pocket.

21. On January 29, 2021, Rambo was interviewed by FBI SA John Quaka. Rambo adamantly denied stealing money from ▇▇▇, ▇▇▇, ▇▇▇, and ▇▇▇

22. Rambo was employed as a Mississippi Department of Transportation (MDOT) law enforcement officer from October 16, 2011 until April 23, 2013.

23. On November 12, 2020, MDOT Captain Lisa Edins was interviewed by FBI SA Quaka. Edins supervised Rambo from December of 2012 until his resignation in April of 2013. In March or April of 2013, Edins discovered Rambo stole approximately $300 from the collection of MDOT fees, taxes, and permits. When Edins confronted Rambo about this matter, he admitted to stealing the money. Rambo was given the option of termination or resignation; Rambo chose to resign.

24. On January 29, 2021, Rambo was interviewed by FBI SA John Quaka. Rambo chose to resign in lieu of MDOT termination.

25. Rambo completed his ten-week Basic Law Enforcement Training at the Mississippi Law Enforcement Training Academy in Pearl, Mississippi on March 22, 2012.

26. On August 22, 2014, Rambo completed a Mississippi Peace Officers Standards and Training Part-Time Law Enforcement Application for Certification Application with the Itawamba County, Mississippi Sheriff's Office (ICSO). Question number eight on page three asked the following: Have you ever (a) been suspended for any reason from any employment; (b) been

4

terminated from any employment; (c) resigned prior to, during or at the conclusion of any such investigation into your activities? Rambo answered "No" to this question.

27. ICSO immediately hired Rambo as a deputy. Rambo was employed as a deputy until his resignation on July 31, 2019.

28. On October 3, 2018, Rambo completed a BPD Employment Application. Question number six on page 12 asked the following: Have you ever been fired, forced to resign, or resigned in lieu of termination? Rambo answered "No" to this question.

29. Rambo was hired by BPD as a police officer in October of 2018. He served until he was terminated on January 29, 2021.

30. Based upon my training, experience, and the facts set forth in this affidavit, there is probable cause to arrest Dustin Rambo for violations of Title 18, United States Code Section 242 - Deprivation of rights under color of law have occurred.

Respectfully submitted,

Special Agent John Quaka
Federal Bureau of Investigation

Attested to me by the applicant by telephone, the 8th day of March, 2021.

Roy D. Percy
United States Magistrate Judge
Northern District of Mississippi